IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

REGINALD MATHIS,            *
                            *
          Plaintiff,        *
                            *
     v.                     *     CV 109-122
                            *
LHR, INC., and JOHN DOES,   *
1 through 10 inclusive,     *
                            *
          Defendants.       *

**ORDER**

On October 7, 2009, Plaintiff Reginald Mathis filed this civil action. (Doc. no. 1.) Now before the Court is Plaintiff's motion to voluntarily dismiss with prejudice all claims and actions pending against Defendant LHR, Inc. (Doc. no. 10.) Plaintiff has indicated the case has been settled and requests that the Court enter an order pursuant to Federal Rule of Civil Procedure 41(a)(1), dismissing with prejudice his complaint against LHR, Inc., with costs taxed as paid. (Id.)

Plaintiff's motion (doc. no. 10) is hereby **GRANTED** and Defendant LHR, Inc. is **DISMISSED** from this lawsuit **WITH PREJUDICE**.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of June, 2010.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA